UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| KELLS HETHERINGTON,<br>  *Plaintiff*,<br><br>    v.<br><br>GINGER BOWDEN MADDEN, in her official capacity as State Attorney, et al.,<br>  *Defendants*. | Case No.<br>3:21-cv-671-MCR-ZCB |

PARTIES' SUPPLEMENTAL
JOINT NOTICE OF AGREEMENT

Pursuant to N.D. FLA. LOC. R. 54.1, the Parties' joint notice of agreement (ECF No. 108), and the Court's order (ECF No. 109), the Parties present this supplemental joint notice of agreement. Pursuant to the Parties' Agreement (ECF No. 108), Defendants paid Plaintiff $175,000.00 for attorneys' fees. Therefore, the attorneys' fees and costs issue (ECF No. 102) is completely resolved.

Dated: April 17, 2023

- 2 -

/s/ Ryan Morrison  /s/ Elizabeth Teegen
Ryan Morrison (pro hac vice) Elizabeth Teegen (FBN 833274)
INSTITUTE FOR FREE SPEECH Chief Assistant Attorney General
1150 Connecticut Ave., NW Complex Litigation
Suite 801 Office of the Attorney General
Washington, DC 20036 PL 01, The Capitol
(202) 301-3300 Tallahassee, FL 32399-1050
rmorrison@ifs.org (850) 414-3808
*Counsel for Plaintiff* elizabeth.teegen@myfloridalegal.com
complexlitigation.eservice@
  myfloridalegal.com
*Counsel for State-Level Defendants*

- 3 -

### CERTIFICATE OF COMPLIANCE

I certify that the parties held an attorney conference as required by N.D. FLA. LOC. R. 7.1(B) when the Parties' negotiated the joint notice of agreement (ECF No. 108). There is no opposition to this Notice.

Dated: April 17, 2023            /s/ Ryan Morrison
                                 Ryan Morrison

### CERTIFICATE OF COMPLIANCE

I certify that the foregoing complies with the word limits in N.D. FLA. LOC. R. 7.1(F). As measured by Microsoft Word's internal count, the memorandum is 60 words, exclusive of the case caption, signature blocks, and certificates.

Dated: April 17, 2023            /s/ Ryan Morrison
                                 Ryan Morrison

### CERTIFICATE OF SERVICE

I certify that I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will serve all attorneys of record.

Dated: April 17, 2023            /s/ Ryan Morrison
                                 Ryan Morrison