UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELLS HETHERINGTON,
    Plaintiff,

v.

GINGER BOWDEN MADDEN, in her official capacity as State Attorney; et al.,
    Defendants.

CASE NO. 3:21-cv-671-MCR-ZCB

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   February 10, 2023

Motion/Pleadings: MOTION FOR ATTORNEY FEES

Filed by Plaintiff    on January 26, 2023   Doc. # 102
\_\_\_\_ Stipulated     \_\_\_\_ Joint Pleading
\_\_\_\_ Unopposed    \_\_\_\_ Consented

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        */s/ Patricia G. Romero*
        Deputy Clerk:    Patricia G. Romero

Plaintiff's Motion to Determine Attorney's Fees and Costs, ECF No. 102, is **MOOT** in light of the parties' settlement of the issue. *See* ECF No. 110. Additionally, Defendant's Motion for Extension of Time, ECF No. 106, is **MOOT**.

**DONE** and **ORDERED** this 27th day of April 2023.

        *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**